

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Roy L. Hill
County Attorney
Runnels County
Ballinger, Texas

Dear Sir:

<div style="margin-left:40%">

Opinion No. O-4068
Re: Fees for issuing delayed
birth certificates.

</div>

Your letter requesting the opinion of this department on the questions stated therein reads in part as
follows:

> "I am enclosing herewith, letter addressed
> to me from Mr. John B. Raburn, County Clerk,
> which is self-explanatory. It seems under House
> Bill No. 624, the County Clerk is only author-
> ized to collect, and charge as to that matter,
> the sum of $1.50, as the total fee for services
> rendered therein, concerning the issuance of
> deferred, or delayed birth certificates. He has
> been charging the applicant a fee of $2.00.
>
> "It would seem to me, inasmuch as this is
> a special statute, calling for a new, or rather
> a special procedure, in the applying for and is-
> suance of, delayed birth certificates, that the
> fees provided for therein, and the limitation
> thereon, in respect to allowed and collectable,
> would be governed by this particular law, and
> not by virtue of the general fees statute. What,
> therefore, would be your construction as to the
> fees to be collected?"

The letter of Mr. John B. Rayburn, County Clerk,
referred to in your letter reads in part as follows:

> "We are making a charge on Old Date or Delayed
> Birth Certificates of $2.00, where the applicant
> desires a certified copy of the recorded certif-
> icate. Our fees are as follows:

"Issuing Court Order by County Judge 50¢
Recording said Court Order, on Court
Minutes 50¢
Recording the allowed certificate of
Birth 50¢
  Probate Court Costs Total $1.50
And for making a certified copy of
Certificate .50
    Grand Total of $2.00

"Now we understand that we are only entitled
to a fee of $1.00 Probate Fees, and 50¢ for a
certified copy of the recorded certificate, making
a total allowed of $1.50.

"This does not mention the recording of the
Court Order issued by the County Judge.

"We would like to know if we are out of line
in making the above listed charges of $2.00."

The Texas statutes dealing with Vital Statistics
are found as Rules 34a to 55a, inclusive, of Article 4477
of Vernon's Annotated Civil Statutes of Texas. Some of
these rules have been amended by House Bill No. 821, House
Bill No. 624, and House Bill No. 974, respectively, of the
Acts of the Forty-seventh Legislature, Regular Session, 1941.

House Bill No. 974, supra, among other things,
provides that any citizen of Texas wishing to file the record
of any birth or death occurring in the State of Texas,
not previously registered, may submit such record to the
Probate Court in the county where such birth or death oc-
curred, and further provides that any citizen of the State
of Texas wishing to file the record of any birth or death
occurring outside the State of Texas, not previously reg-
istered, may submit such record to the Probate Court in the
county where he resides in compliance with the Act.

House Bill No. 624, supra, is an Act providing for
uniform fees to be charged for the issuance of delayed birth
and death certificates by the Probate Court, the Clerk thereof
and the State Registrar, in the amount and manner as therein
specified.

House Bill No. 624, supra, expressly provides in part" . ... that when application is made, as provided in this paragraph, a fee of One Dollar ($1) shall be collected by the Probate Court, Fifty (50) Cents of which shall be retained by the court, and Fifty (50) Cents of which shall be retained by the Clerk of the County Court for recording said birth or death certificate. Certified copies of said birth or death certificate shall be issued by either the County Clerk or the State Registrar and fee for said certified copy shall be Fifty (50) Cents. Such certified copies shall be prima facie evidence in all Courts and places of the facts stated thereon. No other charge shall be made for the issuance of such delayed certificates and certified copies thereof. The State Bureau of Vital Statistics shall furnish the forms upon which such records are filed, and no other form shall be used for that purpose . . . ."

It will be noted that the above mentioned Act specifically provides the fees to be charged by the Probate Court and the County Clerk and State Registrar for the services mentioned therein and further provides no other charge shall be made for the issuance of such delayed certificate and certified copy thereof. Therefore, you are advised that when application is made, as provided in the above mentioned paragraph of the Act, a fee of $1.00 shall be collected by the Probate Court, Fifty Cents of which shall be retained by the Clerk of the County Court for recording said birth or death certificate. The County Clerk or the State Registrar is authorized to receive and collect a fee of Fifty Cents for each certified copy issued by either of them.

Trusting that the foregoing fully answers your inquiry, we are

Yours very truly

APPROVED OCT 29, 1941

Grover Sellers /s/

FIRST ASSISTANT
ATTORNEY GENERAL

AW:LM

ATTORNEY GENERAL OF TEXAS

/s/

By

Ardell Williams
Assistant

APPROVED
OPINION
COMMITTEE
BY B.W.B.
CHAIRMAN